**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

SKIN PATHOLOGY ASSOCIATES, INC., as
fiduciary of THE SKIN PATHOLOGY
ASSOCIATES, INC. 401(k) PROFIT SHARING
PLAN, individually and on behalf of all others
similarly situated,

Plaintiff,

-against-

MORGAN STANLEY & CO. INC.,
Defendant.

-----------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____                    │
│ DATE FILED: 2/28/2014            │
└─────────────────────────────────┘
```

13 **CIVIL** 3299 (AT)

**JUDGMENT**

Morgan Stanley having moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Analisa Torres, United States District Judge, and the Court, on February 24, 2014, having rendered its Memorandum and Order granting Morgan Stanley's motion to dismiss the complaint in its entirety, and denying Plaintiff's cursory request for leave to amend the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 24, 2014, Morgan Stanley's motion to dismiss the complaint is granted in its entirety, and Plaintiff's cursory request for leave to amend the complaint is denied; accordingly, the case is closed.

**Dated:** New York, New York
        February 28, 2014

RUBY J. KRAJICK

Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____